**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| LARRY JOHN KELLY, § § Plaintiff, § § *versus* § § MARTY DEHAVEN, § § Defendant. § | CIVIL ACTION NO. 1:03-CV-206 |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Larry John Kelly, proceeding *pro se* and *in forma pauperis*, filed the above-styled civil rights lawsuit.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 2nd day of July, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE